NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DYNCORP INTERNATIONAL, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, AAR AIRLIFT GROUP, INC.,**
*Defendants-Appellees*

———————————

2018-1209

———————————

Appeal from the United States Court of Federal Claims in No. 1:16-cv-01704-RHH, Senior Judge Robert H. Hodges, Jr.

———————————

**SUA SPONTE**

———————————

Before CHEN, MAYER, and BRYSON, *Circuit Judges.*

PER CURIAM.

## O R D E R

Upon consideration of the parties' December 3, 2018, joint response to this court's order to show cause,

IT IS ORDERED THAT:

The opinion issued under seal on November 28, 2018, is hereby unsealed.

FOR THE COURT

December 10, 2018                /s/ Peter R. Marksteiner
        Date                      Peter R. Marksteiner
                                  Clerk of Court